**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy        06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- |
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Victoria** First name **B.** Middle name **Scott** Last name and Suffix (Sr., Jr., II, III) | First name Middle name Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Vicki Scott** |  |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7360** |  |

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)*

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4.** **Your Employer Identification Number (EIN), if any.**

EIN

EIN

**5.** **Where you live**

**23700 Pemberville Rd.**
**Perrysburg, OH 43551**
Number, Street, City, State & ZIP Code

**Wood**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1 __Victoria B. Scott__                    Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

25-31090-jpg    Doc 1    FILED 05/23/25    ENTERED 05/23/25 14:11:41    Page 3 of 106

Debtor 1  **Victoria B. Scott**                                    Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.     Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.     I am not filing under Chapter 11.

☐ No.     I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?                    _____

If immediate attention is needed, why is it needed?     _____

Where is the property?              _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Victoria B. Scott**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

25-31090-jpg    Doc 1    FILED 05/23/25    ENTERED 05/23/25 14:11:41    Page 5 of 106

Debtor 1   **Victoria B. Scott**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
| --- | --- |

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
| --- | --- |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Victoria B. Scott**

**Victoria B. Scott**
Signature of Debtor 1

Signature of Debtor 2

Executed on   **May 21, 2025**
MM / DD / YYYY

Executed on
MM / DD / YYYY

---

25-31090-jpg     Doc 1     FILED 05/23/25     ENTERED 05/23/25 14:11:41     Page 6 of 106

Debtor 1    **Victoria B. Scott**                  Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Eric R. Neuman** _____    Date    **May 21, 2025** _____
Signature of Attorney for Debtor                                  MM / DD / YYYY

**Eric R. Neuman**
Printed name

**Diller and Rice, LLC**
Firm name

**1107 Adams St.**
**Toledo, OH 43624**
Number, Street, City, State & ZIP Code

Contact phone    **419-244-8500** _____    Email address    **eric@drlawllc.com** _____

**0069794 OH**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Victoria B. Scott** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|

**1**

**Amur Equipment Finance, Inc.**
**304 W. 3rd St.**
**PO Box 2555**
**Grand Island, NE 68801**

What is the nature of the claim?

**Personal guaranty. Secured against business equipment which has not yet been yet liquidated.**    $65,418.50

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

_____ Contact

Value of security:            -_____
_____ Contact phone
Unsecured claim              _____

**2**

**Forward Financing LLC**
**c/o Markoff Law LLC**
**4229 Bardstown Road**
**Suite 220**
**Louisville, KY 40218**

What is the nature of the claim?

**Personal Guaranty of Debt of NYS Transport.**    $63,532.81

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Debtor 1    **Victoria B. Scott**                                          Case number *(if known)* _____

☐    None of the above apply

_____

**Does the creditor have a lien on your property?**

_____    ■    No

Contact                                ☐    Yes. Total claim (secured and unsecured)
                                            Value of security:                         - _____
Contact phone                            Unsecured claim                              _____

---

| 3 | | | | |
|---|---|---|---|---|

**Fox & Fox Holdings**
**813 Balfour**
**Grosse Pointe, MI 48230**

| What is the nature of the claim? | Business Debt - possible personal liability | $66,667.00 |

**As of the date you file, the claim is:** Check all that apply
■    Contingent
■    Unliquidated
■    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■    No

Contact                                ☐    Yes. Total claim (secured and unsecured)
                                            Value of security:                         - _____
Contact phone                            Unsecured claim                              _____

---

| 4 | | | | |
|---|---|---|---|---|

**G and G Funding Group, LLC**
**57 West 57th St., 4th Floor**
**New York, NY 10019**

| What is the nature of the claim? | Judgment entered on 1-22-2025. Personal Guaranty of Loan of NYS Transport. | $153,715.52 |

**As of the date you file, the claim is:** Check all that apply
■    Contingent
☐    Unliquidated
☐    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■    No

Contact                                ☐    Yes. Total claim (secured and unsecured)
                                            Value of security:                         - _____
Contact phone                            Unsecured claim                              _____

---

| 5 | | | | |
|---|---|---|---|---|

**KeyBank N.A.**
**MI-CBB-Brighton Towne Square**
**8199 Challis Rd**
**Brighton, MI 48116**

| What is the nature of the claim? | Personally guaranty of busness debt. | $75,000.00 |

**As of the date you file, the claim is:** Check all that apply
■    Contingent
■    Unliquidated
☐    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**

■    No

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)* _____

Contact _____    ☐  Yes. Total claim (secured and unsecured)       _____
Contact phone _____    Value of security:       - _____
                                 Unsecured claim       _____

---

**6**

**Maumee Geeks**
**1545 Holland Rd. Suite E**
**Maumee, OH 43537**

What is the nature of the claim?       **Business Debt -**       $65,415.00
                                       **possible personal**
                                       **liability**

As of the date you file, the claim is: Check all that apply
■    Contingent
■    Unliquidated
■    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?
■    No
☐    Yes. Total claim (secured and unsecured)       _____
Contact _____       Value of security:       - _____
Contact phone _____       Unsecured claim       _____

---

**7**

**Mitsubishi HC Capital America,**
**Inc.**
**One Pierce Place, Suite 1100**
**Itasca, IL 60143-0128**

What is the nature of the claim?       **Personal guaranty**       $87,447.47
                                       **2025 Coras - Predator**
                                       **26 - Dump Trailer**
                                       **Property not yet**
                                       **liquidated.**

As of the date you file, the claim is: Check all that apply
■    Contingent
■    Unliquidated
☐    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?
■    No
Contact _____       ☐    Yes. Total claim (secured and unsecured)       _____
                              Value of security:       - _____
Contact phone _____       Unsecured claim       _____

---

**8**

**NYS Transport**
**23700 Pemberville Rd.**
**Perrysburg, OH 43551**

What is the nature of the claim?       **Liability of Ashley**       $98,689.19
                                       **Trucking - possible**
                                       **personal liability**

As of the date you file, the claim is: Check all that apply
■    Contingent
■    Unliquidated
■    Disputed
☐    None of the above apply

Does the creditor have a lien on your property?
■    No
Contact _____       ☐    Yes. Total claim (secured and unsecured)       _____
                              Value of security:       - _____

---

Debtor 1    __Victoria B. Scott__        Case number *(if known)* _____

Contact phone _____      Unsecured claim _____

---

| **9** | | | |
|---|---|---|---|

**NYS Transport**
**23700 Pemberville Rd.**
**Perrysburg, OH 43551**

**What is the nature of the claim?**    **Liability of Rabbit Services - possible personal liability**    **$54,806.28**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    - _____
  Unsecured claim    _____

Contact _____

Contact phone _____

---

| **10** | | | |
|---|---|---|---|

**PAC Western Financial LLC**
**222 S Main St., 5th Floor**
**Salt Lake City, UT 84101**

**What is the nature of the claim?**    **Personal guaranty of debt of NYS Transport.**    **$139,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    - _____
  Unsecured claim    _____

Contact _____

Contact phone _____

---

| **11** | | | |
|---|---|---|---|

**Pamela Lewis**
**8273 Easton Drive**
**Northville, MI 48167**

**What is the nature of the claim?**    **Liability of Ashley Trucking - possible personal liability. Also, indemnity agreement for SBA Loan**    **$66,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:    - _____
  Unsecured claim    _____

Contact _____

Contact phone _____

---

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)* _____

---

| 12 | | **What is the nature of the claim?** | **Personal guarantee (Coras trailer, vin 071078 and Coras trailer, vin S071079) Property not yet liquidated.** | **$122,954.47** |

**Stearns Bank, N.A.**
**500 13th St.**
**PO Box 750**
**Albany, MN 56307**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                    - _____
  - Unsecured claim                        _____

Contact _____

Contact phone _____

---

| 13 | | **What is the nature of the claim?** | **Personal guaranty Prooperty not yet liquidated.** | **$194,524.76** |

**Taycor Financial**
**30 Executive Park**
**Irvine, CA 92614**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                    - _____
  - Unsecured claim                        _____

Contact _____

Contact phone _____

---

| 14 | | **What is the nature of the claim?** | **Personal guaranty Property not yet liquidated.** | **$68,833.00** |

**Taycor Financial**
**30 Executive Park**
**Irvine, CA 92614**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                    - _____
  - Unsecured claim                        _____

Contact _____

Contact phone _____

---

Debtor 1  **Victoria B. Scott**                    Case number *(if known)* _____

| **15** | | **What is the nature of the claim?** | **Personal guaranty 2025 Kenwroth W990 (vin 40583) Property not yet liquidated.** | $212,896.23 |

**TF Group, Inc. dbaTaycor Financial**
**100 N PCH, 15th Floor**
**El Segundo, CA 90245**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

_____

_____

Contact
_____

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:         - _____
          Unsecured claim              _____

| **16** | | **What is the nature of the claim?** | **Personal guaranty 2025 Coras Predator (vin 71056) Property not yet liquidated.** | $68,833.00 |

**TF Group, Inc. dbaTaycorFinancial**
**100 N PCH, 15th Floor**
**El Segundo, CA 90245**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

_____

_____

Contact
_____

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
          Value of security:         - _____
          Unsecured claim              _____

| **17** | | **What is the nature of the claim?** | **Personal guaranty 2025 Coras dump trailer x 2 (Vins 71067 and 71066) and 2025 Kenworth T880 (vin 26278) Property not yet liquidated.** | $357,360.20 |

**Trans Lease, Inc.**
**1400 W 62nd Ave**
**Denver, CO 80221**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No

Debtor 1  **Victoria B. Scott**                                  Case number *(if known)* _____

| | | |
|---|---|---|
| Contact _____ | ☐ Yes. Total claim (secured and unsecured) | |
| | Value of security: | - _____ |
| Contact phone _____ | Unsecured claim | _____ |

---

**18**

**U.S. Small Business Administration**
**District Counsel**
**1350 Euclid Avenue, Suite 211**
**Cleveland, OH 44115**

What is the nature of the claim?      **Personal guaranty of loan for Ashley Trucking**      **$143,405.98**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:      - _____
  - Unsecured claim      _____

Contact _____

Contact phone _____

---

**19**

**Universal Finance Corp.**
**6 Kimball Lane, Suite 320**
**Lynnfield, MA 01940**

What is the nature of the claim?      **Liability of Ashley Trucking. Personal Guaranty Claim for deficiency after sale of collataral.**      **$233,006.05**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:      - _____
  - Unsecured claim      _____

Contact _____

Contact phone _____

---

**20**

**Westfield Insurance**
**1 Park Cir**
**Westfield Center, OH 44251**

What is the nature of the claim?      **Indemnity Demand arising from bond against NYS - possible personal liability**      **$58,539.53**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No

---

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)* _____

      Contact                          ☐    Yes. Total claim (secured and unsecured)
      _____                              Value of security:                    - _____
      Contact phone                                Unsecured claim                      _____

---

| Part 2: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  **/s/ Victoria B. Scott**                                    X  _____
   **Victoria B. Scott**                                        Signature of Debtor 2
   Signature of Debtor 1


   Date  **May 21, 2025**                                   Date  _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Victoria B. Scott** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B........................................................... $ 139,100.00

   1b. Copy line 62, Total personal property, from Schedule A/B.................................................. $ 490,358.82

   1c. Copy line 63, Total of all property on Schedule A/B........................................................... $ 629,458.82

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $ 121,663.60

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... $ 1,143.21

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... $ 2,853,904.24

   **Your total liabilities** $ 2,976,711.05

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................. $ 10,429.31

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $ 6,400.65

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Victoria B. Scott**              Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Victoria B. Scott** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☑ Yes.  Where is the property?

**1.1**

**23700 Pemberville Rd.**
Street address, if available, or other description

**Perrysburg**    **OH**    **43551-0000**
City    State    ZIP Code

**Wood**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Auditor's Valuation
Parcel: U69-612-110000010002**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$278,200.00** | **$139,100.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ Check if this is community property
(see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>**

| |
|---|
| **$139,100.00** |

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Victoria B. Scott**    Case number *(if known)*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ■ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>    $0.00

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | 3 beds, 2 living, dining furniture | $500.00 |
   | --- | --- |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | Computer, monitors, printer, scanner, TVs, mobile phones | $250.00 |
   | --- | --- |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes. Describe.....

   | old treadmill, bikes | $100.00 |
   | --- | --- |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

25-31090-jpg    Doc 1    FILED 05/23/25    ENTERED 05/23/25 14:11:41    Page 19 of 106

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)* _____

| | |
|---|---|
| Everyday clothes and shoes | $200.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Wedding rings, Mother's rings | $3,000.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Pet dog, 8 years old | $0.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☐ No
    ■ Yes.  Give specific information.....

| | |
|---|---|
| Lawnmower, snowblower, gardening tools | $250.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

$4,300.00

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..........................................................................

**Cash**                                    $200.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................                Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking** | Huntington Bank (0682) | $155.08 |
| 17.2. | **Savings** | Huntington Bank (8254)<br>Social Security | $2,828.49 |
| 17.3. | **Savings** | Premier Bank (5013) | $3,691.11 |

Debtor 1    **Victoria B. Scott**                                        Case number *(if known)*

| | | | |
|---|---|---|---|
| 17.4. | **Savings** | **Genoa Bank (7454)**<br>**$58,740 - Social Secuiry**<br>**$42,760 - Savings** | **$101,500.00** |
| 17.5. | **Checking** | **Genoa Bank**<br>**ending 8945** | **$1,266.80** |
| 17.6. | **Checking** | **Premier Bank (8809)** | **$2,190.98** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **NYS Transport LLC** | **50** % | **Unknown** |
| **Rabbit Services LLC** | **28** % | **Unknown** |
| **Ashley Trucking, Inc.**<br>**Subject to a restraining order from disposing or**<br>**transfering any assets.**<br>**Washenaw Circuit Court, Case Number,**<br>**2025-232** | **100** % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| | **Americo Liberty Mark Freedom Annuity**<br>**IRA**<br>**ending 1444** | **$24,011.55** |
| | **Ameritas FlexMark Annuity**<br>**IRA**<br>**ending 9510** | **$71,377.50** |
| | **The Standard Index Select Annuity**<br>**IRA**<br>**ending 0400** | **$19,247.44** |

Official Form 106A/B                    Schedule A/B: Property                                        page 4

Debtor 1    **Victoria B. Scott** _____    Case number *(if known)* _____

| | |
|---|---|
| **America Liberty Mark Annuity**<br>**ending 4531** | $33,624.98 |
| **Americo LibertyMark Annuity**<br>**ending 2235** | $12,357.19 |
| **Ameritas FlexMark Annuity**<br>**ending 5549** | $47,827.28 |
| **Ameritas FlexMark Annuity**<br>**ending 9511** | $56,857.61 |
| **Oceanview Harbourview Annuity**<br>**ending 2126** | $41,949.18 |
| **Reliance Keystone Annuity**<br>**ending 6134** | $10,684.00 |
| **The Standard Index Select Annuity**<br>**ending 8570** | $17,623.94 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................                              Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Victoria B. Scott**                                              Case number *(if known)*

28. **Tax refunds owed to you**
    ☐ No
    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Possible 2025 Refund | Federal and State | $0.00 |
|---|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Gleaner Ins.** | **Dan Scott** | **$15,465.69** |
| **Gleaner Ins. - Husband's policy** | **Vicki Scott** | **$23,200.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ☑ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
    **for Part 4. Write that number here**................................................................................................................

| $486,058.82 |
|---|

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

Official Form 106A/B                          Schedule A/B: Property                                    page 6

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)* _____

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ☑ No. Go to Part 7.

   ☐ Yes.  Go to line 47.

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ☑ No

   ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................     | $0.00 |

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** .................................................................................................     **$139,100.00**

56. **Part 2: Total vehicles, line 5**                                              $0.00

57. **Part 3: Total personal and household items, line 15**                        $4,300.00

58. **Part 4: Total financial assets, line 36**                                     $486,058.82

59. **Part 5: Total business-related property, line 45**                            $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**                   $0.00

61. **Part 7: Total other property not listed, line 54**                    +       $0.00

62. **Total personal property.** Add lines 56 through 61...      **$490,358.82**      Copy personal property total      **$490,358.82**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62      | **$629,458.82** |

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Victoria B. Scott** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:** Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **23700 Pemberville Rd. Perrysburg, OH 43551  Wood County Auditor's Valuation Parcel: U69-612-110000010002** Line from *Schedule A/B*: **1.1** | $139,100.00 | ■ $182,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(1) |
| **3 beds, 2 living, dining furniture** Line from *Schedule A/B*: **6.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| **Computer, monitors, printer, scanner, TVs, mobile phones** Line from *Schedule A/B*: **7.1** | $250.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| **old treadmill, bikes** Line from *Schedule A/B*: **9.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |
| **Everyday clothes and shoes** Line from *Schedule A/B*: **11.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ohio Rev. Code Ann. § 2329.66(A)(4)(a) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 **Victoria B. Scott** | | Case number (if known) | |
|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding rings, Mother's rings**<br>Line from *Schedule A/B*: **12.1** | $3,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(4)(b)** |
| **Pet dog, 8 years old**<br>Line from *Schedule A/B*: **13.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(18)** |
| **Lawnmower, snowblower, gardening tools**<br>Line from *Schedule A/B*: **14.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(18)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(3)** |
| **Checking: Huntington Bank (0682)**<br>Line from *Schedule A/B*: **17.1** | $155.08 | ■ $975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(18)** |
| **Savings: Huntington Bank (8254)**<br>**Social Security**<br>Line from *Schedule A/B*: **17.2** | $2,828.49 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |
| **Savings: Premier Bank (5013)**<br>Line from *Schedule A/B*: **17.3** | $3,691.11 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(18)** |
| **Savings: Genoa Bank (7454)**<br>**$58,740 - Social Secuiry**<br>**$42,760 - Savings**<br>Line from *Schedule A/B*: **17.4** | $101,500.00 | ■ $58,740.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **42 U.S.C. § 407** |
| **Americo Liberty Mark Freedom Annuity**<br>**IRA**<br>**ending 1444**<br>Line from *Schedule A/B*: **21.1** | $24,011.55 | ■ $24,011.55<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(c)** |
| **Ameritas FlexMark Annuity**<br>**IRA**<br>**ending 9510**<br>Line from *Schedule A/B*: **21.2** | $71,377.50 | ■ $71,377.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(c)** |
| **The Standard Index Select Annuity**<br>**IRA**<br>**ending 0400**<br>Line from *Schedule A/B*: **21.3** | $19,247.44 | ■ $19,247.44<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(c)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 **Victoria B. Scott** | | Case number (if known) | |
|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **America Liberty Mark Annuity ending 4531**<br>Line from *Schedule A/B*: **21.4** | $33,624.98 | ■ $33,624.98<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** |
| **Americo LibertyMark Annuity ending 2235**<br>Line from *Schedule A/B*: **21.5** | $12,357.19 | ■ $12,357.19<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** |
| **Ameritas FlexMark Annuity ending 5549**<br>Line from *Schedule A/B*: **21.6** | $47,827.28 | ■ $47,827.28<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** |
| **Ameritas FlexMark Annuity ending 9511**<br>Line from *Schedule A/B*: **21.7** | $56,857.61 | ■ $56,857.61<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** |
| **Oceanview Harbourview Annuity ending 2126**<br>Line from *Schedule A/B*: **21.8** | $41,949.18 | ■ $41,949.18<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** |
| **Reliance Keystone Annuity ending 6134**<br>Line from *Schedule A/B*: **21.9** | $10,684.00 | ■ $10,684.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** |
| **The Standard Index Select Annuity ending 8570**<br>Line from *Schedule A/B*: **21.10** | $17,623.94 | ■ $17,623.94<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. § 2329.66(A)(10)(b)** |
| **Gleaner Ins.**<br>**Beneficiary: Dan Scott**<br>Line from *Schedule A/B*: **31.1** | $15,465.69 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. §§ 2329.66(A)(6)(e), 3923.19(A)** |
| **Gleaner Ins. - Husband's policy**<br>**Beneficiary: Vicki Scott**<br>Line from *Schedule A/B*: **31.2** | $23,200.00 | ■ $23,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Ohio Rev. Code Ann. §§ 2329.66(A)(6)(e), 3923.19(A)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Victoria B. Scott** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Premier Bank**<br>Creditor's Name | Describe the property that secures the claim:<br>**23700 Pemberville Rd. Perrysburg, OH 43551  Wood County Auditor's Valuation Parcel: U69-612-110000010002** | $90,563.60 | $278,200.00 | $0.00 |

**Premier Bank**
Creditor's Name

**PO Box 248**
**Defiance, OH 43512**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Debtor 1    **Victoria B. Scott**

First Name          Middle Name          Last Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 2.2 | **Premier Bank** | | $31,100.00 |

Creditor's Name

Describe the property that secures the claim:          $31,100.00          $278,200.00          $0.00

**23700 Pemberville Rd. Perrysburg, OH 43551  Wood County Auditor's Valuation Parcel: U69-612-110000010002**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**PO Box 248**
**Defiance, OH 43512**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

**Date debt was incurred** _____          **Last 4 digits of account number** _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $121,663.60 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $121,663.60 |

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1    **Victoria B. Scott**
             First Name _____ Middle Name _____ Last Name

Debtor 2
(Spouse if, filing)    First Name _____ Middle Name _____ Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number
(if known)    _____

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number _____ | $1,143.21 | $1,143.21 | $0.00 |

Priority Creditor's Name
**PO Box  7346**
**Philadelphia, PA 19114**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of PRIORITY unsecured claim:

☐ Check if this claim is for a  community debt

☐ Domestic support obligations

Is the claim subject to offset?

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify _____

**1st quarter 941 taxes for Ashley Trucking**

| 2.2 | **Michigan Dept of Treasury** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

**Michigan Dept of Treasury**
Priority Creditor's Name
**P.O. Box 30427**
**Lansing, MI 48909**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Business Debt - possible personal liability**

---

| 2.3 | **Ohio Department of Taxation** | Last 4 digits of account number | | $0.00 | $0.00 | $0.00 |

**Ohio Department of Taxation**
Priority Creditor's Name
**Attn: Bankruptcy Division**
**P.O. Box 530**
**Columbus, OH 43216-0530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Notice only**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| 4.1 | **Abe Transport LLC** | | Last 4 digits of account number _____ | | $3,052.50 |

Nonpriority Creditor's Name

**1125 Clark St**
**Detroit, MI 48209**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - possible personal liability**

---

| 4.2 | **Acuity Insurance** | | Last 4 digits of account number _____ | | $6,588.14 |

Nonpriority Creditor's Name

**PO Box 718**
**Sheboygan, WI 53082**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business Debt - possible personal liability**

---

| 4.3 | **Amur Equipment Finance, Inc.** | | Last 4 digits of account number _____ | | $65,418.50 |

Nonpriority Creditor's Name

**304 W. 3rd St.**
**PO Box 2555**
**Grand Island, NE 68801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty. Secured against business equipment which has not yet been yet liquidated.**

---

Debtor 1 **Victoria B. Scott**                          Case number *(if known)* _____

| 4.4 | **ANF Trans Inc.** | **Last 4 digits of account number** _____ | **$6,124.00** |

Nonpriority Creditor's Name

**5242 Argyle St.**
**Dearborn, MI 48126**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Liability of NYS Transport - possible personal liability**

| 4.5 | **Ashley Trucking Inc.** | **Last 4 digits of account number** _____ | **$4,000.00** |

Nonpriority Creditor's Name

**PO Box 421**
**Lemoyne, OH 43441**

**When was the debt incurred?**   **9/1/2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Liability of Rabbit Services - possible personal liability**

| 4.6 | **Ashley Trucking Inc.** | **Last 4 digits of account number** _____ | **$13,811.02** |

Nonpriority Creditor's Name

**PO Box 421**
**Lemoyne, OH 43441**

**When was the debt incurred?**   **9/1/2024**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Liability of NYS Transport - possible personal liability**

Debtor 1   **Victoria B. Scott**                                    Case number (if known) _____

---

| 4.7 | **Auto Owners Insurance** | Last 4 digits of account number _____ | **$1,047.85** |

Nonpriority Creditor's Name
**P.O. Box 740312**
**Cincinnati, OH 45274-0312**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - possible personal liability**

---

| 4.8 | **Bank of America** | Last 4 digits of account number _____ | **$47,380.31** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**PO Box 15168**
**Wilmington, DE 19850-5168**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.9 | **BCJ Trucking** | Last 4 digits of account number _____ | **$10,988.25** |

Nonpriority Creditor's Name
**6448 Asbury Park**
**Detroit, MI 48228**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Liability of NYS Transport - possible personal liability**

---

Debtor 1 __Victoria B. Scott__

Case number (if known) _____

---

| 4.10 | **Builders Exchange of Lansing** | | Last 4 digits of account number _____ | | $1,320.00 |

Nonpriority Creditor's Name

**1240 East Saginaw St.**
**Lansing, MI 48906**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Liability of NYS Transport - possible personal liability**

---

| 4.11 | **Bush & Son Grading & Excavating Inc** | | Last 4 digits of account number __n/a__ | | $5,245.25 |

Nonpriority Creditor's Name

**38735 Willow Rd**
**New Boston, MI 48164**

Number Street City State Zip Code

When was the debt incurred? __04/05/2024__

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Liability of NYS Transport - possible personal liability**

---

| 4.12 | **C&E Excavating** | | Last 4 digits of account number _____ | | $21,482.60 |

Nonpriority Creditor's Name

**53767 CR 9**
**Elkhart, IN 46514**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Liability of NYS Transport - possible personal liability**

---

Debtor 1  **Victoria B. Scott**

Case number *(if known)* _____

---

**4.1 3**

**Capital One**
Nonpriority Creditor's Name
**PO Box 60599**
**City of Industry, CA 91716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number **5428** _____  **$3,554.31**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Credit Card**

---

**4.1 4**

**Cloud Vara**
Nonpriority Creditor's Name
**2111 S. St.**
**Omaha, NE 68106**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____  **$150.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - possible personal liability**

---

**4.1 5**

**Dan's Excavating**
Nonpriority Creditor's Name
**12955 23 Mile Road**
**Utica, MI 48315**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____  **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business Debt - possible personal liability**

---

Debtor 1 **Victoria B. Scott**                                    Case number (if known) _____

| 4.1 6 | **Data Service Center, Inc.** | Last 4 digits of account number _____ | $323.51 |

Nonpriority Creditor's Name
**PO Box 2540**
**Toledo, OH 43606**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Liability of Ashley Trucking - possible personal liability**

---

| 4.1 7 | **Davis Freightliner** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**4177 Harvard**
**Detroit, MI 48224**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business Debt - possible personal liability**

---

| 4.1 8 | **Delta Freight LLC** | Last 4 digits of account number _____ | $28,679.87 |

Nonpriority Creditor's Name
**13550Sanders St.**
**Detroit, MI 48217**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Liability of NYS Transport - possible personal liability**

---

| 4.1 9 | **First Class Logistics LLC** | | **Last 4 digits of account number** | | **$1,096.50** |

Nonpriority Creditor's Name
**9140 Arrowpoint Blvd, Suite 370**
**Charlotte, NC 28273**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Liability of Ashley Trucking - possible personal liability**

---

| 4.2 0 | **Forward Financing LLC** | | **Last 4 digits of account number** | | **$63,532.81** |

Nonpriority Creditor's Name
**c/o Markoff Law LLC**
**4229 Bardstown Road**
**Suite 220**
**Louisville, KY 40218**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Personal Guaranty of Debt of NYS Transport.**

---

| 4.2 1 | **Fox & Fox Holdings** | | **Last 4 digits of account number** | | **$66,667.00** |

Nonpriority Creditor's Name
**813 Balfour**
**Grosse Pointe, MI 48230**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Business Debt - possible personal liability**

---

| 4.2 2 | **Fox & Fox Holdings** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**813 Balfour**
**Grosse Pointe, MI 48230**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor in Rabbit Services, LLC.**

---

| 4.2 3 | **FYM Capital LLC** | Last 4 digits of account number | **$29,980.00** |

Nonpriority Creditor's Name
**90 State St.**
**Albany, NY 12207**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **9/19/2024**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Personal guaranty of Loan of NYS Transport.**

---

| 4.2 4 | **G and G Funding Group, LLC** | Last 4 digits of account number    2869 | **$153,715.52** |

Nonpriority Creditor's Name
**57 West 57th St., 4th Floor**
**New York, NY 10019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?    **9/24/2024**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment entered on 1-22-2025. Personal Guaranty of Loan of NYS Transport.**

---

**4.2
5**

**Gemini Systems**
Nonpriority Creditor's Name
**PO Box 81850**
**Rochester, MI 48308-1850**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____      **$40.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Liability of NYS Transport - possible personal liability**

---

**4.2
6**

**Gusto**
Nonpriority Creditor's Name
**525 20th Street**
**San Francisco, CA 94107**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____      **$40.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Liability of NYS Transport - possible personal liability**

---

**4.2
7**

**Hammer Trucking**
Nonpriority Creditor's Name
**9750 W. Michigan Ave.**
**South Rockwood, MI 48179**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**Last 4 digits of account number** _____      **$4,643.12**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Liability of NYS Transport - possible personal liability**

---

Debtor 1  **Victoria B. Scott**

Case number *(if known)* _____

---

| 4.2 8 | **Humphrey Transportation Compliance,** | Last 4 digits of account number _____ | $944.00 |

Nonpriority Creditor's Name

**PO Box 482**
**Holland, OH 43528**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **1/10/2025**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Liability of Rabbit Services - possible personal liability**

---

| 4.2 9 | **Humphrey Transportation Compliance,** | Last 4 digits of account number _____ | $368.00 |

Nonpriority Creditor's Name

**PO Box 482**
**Holland, OH 43528**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  **1/10/2025**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Liability of Ashely Trucking - possible personal liability**

---

| 4.3 0 | **Huntington Bank** | Last 4 digits of account number _____ | $8,542.30 |

Nonpriority Creditor's Name

**P.O. Box 1558**
**Columbus, OH 43272**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card (used for business transactions)**

---

Debtor 1 **Victoria B. Scott**                                    Case number (if known) _____

---

**4.3 1**

**Huntington Bank**
Nonpriority Creditor's Name
**P.O. Box 1558**
**Columbus, OH 43272**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$5,963.40**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.3 2**

**Ida L. Enerprise LLC**
Nonpriority Creditor's Name
**8149 Appotine**
**Detroit, MI 48228**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$1,017.50**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Liability of NYS Transport - possible personal liability**

---

**4.3 3**

**Ingram's Trucking**
Nonpriority Creditor's Name
**One Heritage Place**
**Suite 230**
**Southgate, MI 48195**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$720.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Liability of NYS Transport - possible personal liability**

---

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)* _____

---

**4.3 4**

**James D. Noble**
Nonpriority Creditor's Name
**7241 Belle Meade St.**
**Ypsilanti, MI 48197**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Possible Contribution Claim on business debts of business.**

---

**4.3 5**

**KeyBank N.A.**
Nonpriority Creditor's Name
**MI-CBB-Brighton Towne Square**
**8199 Challis Rd**
**Brighton, MI 48116**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1090**    **$75,000.00**

**When was the debt incurred?** **8/16/2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personally guaranty of busness debt.**

---

**4.3 6**

**Kustra Law PLLC**
Nonpriority Creditor's Name
**21002 Mack Avenue**
**Grosse Pointe, MI 48236**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - possible personal liability**

---

Debtor 1  **Victoria B. Scott**

Case number *(if known)* _____

---

| 4.3 7 | | |
|---|---|---|

**Lambrix Transport LLC**
Nonpriority Creditor's Name

**10953 Exeter Rd.**
**Carleton, MI 48117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____  **$2,704.06**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Liability of NYS Transport - possible personal liability**

---

| 4.3 8 | | |
|---|---|---|

**Liquidity Access LLC**
Nonpriority Creditor's Name

**25 Melville Park Rd., Suite 60**
**Melville, NY 11747**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____  **$29,980.00**

**When was the debt incurred?**  **9/19/2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guaranty of debt of NYS Transport.**

---

| 4.3 9 | | |
|---|---|---|

**Louis Transport**
Nonpriority Creditor's Name

**24720 Tioga**
**Southfield, MI 48033**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____  **$6,977.71**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Liability of NYS Transport - possible personal liability**

---

Debtor 1 **Victoria B. Scott**                                          Case number *(if known)* _____

| 4.4 0 | **MAC Trucking** | **Last 4 digits of account number** _____ | **$6,030.00** |

Nonpriority Creditor's Name
**6885 Plainview Ave.**
**Detroit, MI 48228**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Liability of NYS Transport - possible personal liability**

---

| 4.4 1 | **Maumee Geeks** | **Last 4 digits of account number** _____ | **$65,415.00** |

Nonpriority Creditor's Name
**1545 Holland Rd. Suite E**
**Maumee, OH 43537**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Debt - possible personal liability**

---

| 4.4 2 | **Michael Runions** | **Last 4 digits of account number** _____ | **Unknown** |

Nonpriority Creditor's Name
**16807 Beech Daly Rd 120**
**Taylor, MI 48180**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **possible claim against Rabbit Services.**

---

| 4.4 3 | | | |
|---|---|---|---|

**Mitsubishi HC Capital America, Inc.**

Nonpriority Creditor's Name

**One Pierce Place, Suite 1100**
**Itasca, IL 60143-0128**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **9879**          $87,447.47

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty**
**2025 Coras - Predator 26 - Dump Trailer**
**Property not yet liquidated.**

---

| 4.4 4 | | | |
|---|---|---|---|

**Nicos Trucking**

Nonpriority Creditor's Name

**1590 Hubbard St.**
**Detroit, MI 48209**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   _____          $7,488.16

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Liability of NYS Transport - possible**
**personal liability**

---

| 4.4 5 | | | |
|---|---|---|---|

**North Mill Equipment Finance**

Nonpriority Creditor's Name

**601 Merritt 7 #5**
**Norwalk, CT 06851**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   _____          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business Debt - possible personal liability**

---

25-31090-jpg    Doc 1    FILED 05/23/25    ENTERED 05/23/25 14:11:41    Page 46 of 106

| 4.4 6 | **Nuvision Transportation, LLC** | **Last 4 digits of account number** | **Unknown** |

Nonpriority Creditor's Name
**16131 Hartwell St**
**Detroit, MI 48235**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business Debt - possible personal liability**

---

| 4.4 7 | **NYS Transport** | **Last 4 digits of account number** | **$98,689.19** |

Nonpriority Creditor's Name
**23700 Pemberville Rd.**
**Perrysburg, OH 43551**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Liability of Ashley Trucking - possible personal liability**

---

| 4.4 8 | **NYS Transport** | **Last 4 digits of account number** | **$54,806.28** |

Nonpriority Creditor's Name
**23700 Pemberville Rd.**
**Perrysburg, OH 43551**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Liability of Rabbit Services - possible personal liability**

---

Debtor 1    **Victoria B. Scott**                                          Case number *(if known)* _____

---

| 4.4 9 | **PAC Western Financial LLC** | **Last 4 digits of account number** _____ | **$139,000.00** |

Nonpriority Creditor's Name
**222 S Main St., 5th Floor**
**Salt Lake City, UT 84101**
Number Street City State Zip Code

**When was the debt incurred?**    **8/26/2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of debt of NYS Transport.**

---

| 4.5 0 | **Pamela Lewis** | **Last 4 digits of account number** _____ | **$66,000.00** |

Nonpriority Creditor's Name
**8273 Easton Drive**
**Northville, MI 48167**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Liability of Ashley Trucking - possible personal liability. Also, indemnity agreement for SBA Loan**

---

| 4.5 1 | **PNC Bank Card Services** | **Last 4 digits of account number** 4450 | **$20,725.19** |

Nonpriority Creditor's Name
**PO Box 5580**
**Bankrupcty Dept.**
**Cleveland, OH 44101**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Liability of NYS Transport - personal guaranty**

---

Debtor 1  **Victoria B. Scott**                                                    Case number *(if known)*

---

| 4.5 2 | **PNC Bank Card Services** | Last 4 digits of account number | **1401** | **$10,722.01** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 5580**
**Bankrupcty Dept.**
**Cleveland, OH 44101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Liability of Rabbit Services - Personal Guaranty**

---

| 4.5 3 | **PNC Bank, NA** | Last 4 digits of account number | **5383** | **$48,573.11** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2730 Liberty Avenue**
**Pittsburgh, PA 15222**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **SBA LOC Personal guaranty for NYS Transport.**

---

| 4.5 4 | **Premier Tax** | Last 4 digits of account number | | **$10,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1090 W. South Boundary St.**
**Suite 350**
**Perrysburg, OH 43551**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - possible personal liability**

---

| 4.5 5 | **Presidential Construction** | | **Unknown** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**16671 Eastburn**
**Detroit, MI 48205**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Debt - possible personal liability**

---

| 4.5 6 | **PRM Trucking** | | **$6,909.00** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**PO Box 456**
**White Pigeon, MI 49099**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **0589**

**When was the debt incurred?**    **11/24/2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Liability of Ashley Trucking - possible personal liability**

---

| 4.5 7 | **Quick Bridge Funding, LLC** | | **$48,937.20** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name

**46 Discovery**
**Suite 200**
**Irvine, CA 92618**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **0013**

**When was the debt incurred?**    **8-22-2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business Loan of NYS Transport, LLC. Personal Guaranty.**

---

| 4.5 8 | **Rabbit Services LLC** | Last 4 digits of account number _____ | $10,466.85 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 386**
**Lemoyne, OH 43441**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify  **Liability of Ashley Trucking - possible personal liability**

---

| 4.5 9 | **Reliance Financial** | Last 4 digits of account number _____ | $17,717.01 |
|---|---|---|---|

Nonpriority Creditor's Name
**633 167th St., Suite 804**
**Miami, FL 33162**

When was the debt incurred?   **8/22/2024**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify  **Personal guaranty MCA in favor of NYS Transport.**

---

| 4.6 0 | **Rowe Trucking** | Last 4 digits of account number _____ | $2,704.03 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Ronald Rich**
**30665 Northwestern Hwy**
**Farmington, MI 48334**

When was the debt incurred? _____

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No

☐ Yes

☑ Other. Specify  **Liability of NYS Transport - possible personal liability**

---

Debtor 1  **Victoria B. Scott**                                    Case number *(if known)* _____

| | | |
|---|---|---|
| 4.6 1 | **Spectrum Business** | Last 4 digits of account number _____  **$500.00** |

**Spectrum Business**

Nonpriority Creditor's Name
**Charter Communications**
**PO Box 94188**
**Palatine, IL 60094-4188**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Liability of Ashley Trucking - possible personal liability**

---

| | | |
|---|---|---|
| 4.6 2 | **Stearns Bank, N.A.** | Last 4 digits of account number  **4001**   **$122,954.47** |

**Stearns Bank, N.A.**

Nonpriority Creditor's Name
**500 13th St.**
**PO Box 750**
**Albany, MN 56307**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **4001**

**When was the debt incurred?**  **8/2024**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal guarantee (Coras trailer, vin 071078 and Coras trailer, vin S071079) Property not yet liquidated.**

---

| | | |
|---|---|---|
| 4.6 3 | **Sullivan & Leavitt** | Last 4 digits of account number _____  **$153.38** |

**Sullivan & Leavitt**

Nonpriority Creditor's Name
**P.O. Box 5490**
**Northville, MI 48167**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business Debt - possible personal liability**

---

| | |
|---|---|
| 4.6 4 | **T&M Asphalt Paving, Inc.** |

Nonpriority Creditor's Name

**4755 Old Plank Road**
**Milford, MI 48381**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**         **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt - possible personal liability**

---

| | |
|---|---|
| 4.6 5 | **Taycor Financial** |

Nonpriority Creditor's Name

**30 Executive Park**
**Irvine, CA 92614**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **5673**       **$194,524.76**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty Prooperty not yet liquidated.**

---

| | |
|---|---|
| 4.6 6 | **Taycor Financial** |

Nonpriority Creditor's Name

**30 Executive Park**
**Irvine, CA 92614**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **2123**       **$68,833.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty Property not yet liquidated.**

---

Debtor 1 **Victoria B. Scott**                                        Case number (*if known*) _____

---

| 4.6 7 | **TF Group, Inc. dbaTaycor Financial** | Last 4 digits of account number | **5673** | **$212,896.23** |

Nonpriority Creditor's Name
**100 N PCH, 15th Floor**
**El Segundo, CA 90245**
Number Street City State Zip Code

**When was the debt incurred?**   **5/20/2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty**
**2025 Kenwroth W990 (vin 40583)**
**Property not yet liquidated.**

---

| 4.6 8 | **TF Group, Inc. dbaTaycorFinancial** | Last 4 digits of account number | **2123** | **$68,833.00** |

Nonpriority Creditor's Name

**100 N PCH, 15th Floor**
**El Segundo, CA 90245**
Number Street City State Zip Code

**When was the debt incurred?**   **5/20/2024**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal guaranty**
**2025 Coras Predator (vin 71056)**
**Property not yet liquidated.**

---

| | |
|---|---|
| 4.6 9 | |

**Trans Lease, Inc.**
Nonpriority Creditor's Name
**1400 W 62nd Ave**
**Denver, CO 80221**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **3001**                        **$357,360.20**

When was the debt incurred?   **7/17/2024**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty**
**2025 Coras dump trailer x 2 (Vins 71067 and 71066) and 2025 Kenworth T880 (vin 26278)**
**Property not yet liquidated.**

---

| | |
|---|---|
| 4.7 0 | |

**Two Jays Trucking**
Nonpriority Creditor's Name
**11086 Gratiot**
**Detroit, MI 48213**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number                        **$2,659.00**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Liability of NYS Transport - possible personal liability**

---

| | |
|---|---|
| 4.7 1 | |

**U.S. Small Business Administration**
Nonpriority Creditor's Name
**District Counsel**
**1350 Euclid Avenue, Suite 211**
**Cleveland, OH 44115**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **7803**                        **$143,405.98**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal guaranty of loan for Ashley Trucking**

---

Debtor 1 **Victoria B. Scott**                    Case number (if known) _____

| 4.7 2 | **Universal Finance Corp.** | Last 4 digits of account number **9061** | $233,006.05 |

Nonpriority Creditor's Name
**6 Kimball Lane, Suite 320**
**Lynnfield, MA 01940**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Liability of Ashley Trucking. Personal Guaranty**
**Claim for deficiency after sale of collataral.**

---

| 4.7 3 | **Valley Transport** | Last 4 digits of account number _____ | $10,968.50 |

Nonpriority Creditor's Name
**23843 Koszuta**
**Flat Rock, MI 48134**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Liability of NYS Transport - possible personal liability**

---

| 4.7 4 | **VSP Vision Insurance** | Last 4 digits of account number _____ | $16.49 |

Nonpriority Creditor's Name
**PO Box 742788**
**Los Angeles, CA 90074-2788**
Number Street City State Zip Code

**When was the debt incurred?** **11/18/2024**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Liability of Ashley Trucking - possible personal liability**

---

Debtor 1   **Victoria B. Scott**                                     Case number (if known) _____

| 4.7 5 | | |
|---|---|---|

**Wells Fargo**                                    Last 4 digits of account number _____     **$6,525.12**
Nonpriority Creditor's Name
**P.O Box 10347**                                  When was the debt incurred? _____
**Des Moines, IA 50306**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

- ■ Debtor 1 only                                 ☐ Contingent
- ☐ Debtor 2 only                                 ■ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                    ☐ Disputed
- ☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**    ☐ Student loans
  **debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
- ■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                           ■ Other. Specify  **Credit Card (used for business)**

---

| 4.7 6 | | |
|---|---|---|

**Westfield Insurance**                           Last 4 digits of account number _____     **$58,539.53**
Nonpriority Creditor's Name
**1 Park Cir**                                     When was the debt incurred?   **1/29/2025**
**Westfield Center, OH 44251**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

- ☐ Debtor 1 only                                 ■ Contingent
- ☐ Debtor 2 only                                 ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                    ■ Disputed
- ■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**    ☐ Student loans
  **debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
- ■ No                                            ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                           ■ Other. Specify  **Indemnity Demand arising from bond**
                                                  **against NYS - possible personal liability**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address                        On which entry in Part 1 or Part 2 did you list the original creditor?
**Abe Transport LLC**                   Line **4.76** of (Check one:)
**1125 Clark St.**                      ☐ Part 1: Creditors with Priority Unsecured Claims
**Detroit, MI 48209**                   ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address                        On which entry in Part 1 or Part 2 did you list the original creditor?
**Amur Equipment Finance, Inc.**        Line **4.66** of (Check one:)
**304 W. 3rd St.**                      ☐ Part 1: Creditors with Priority Unsecured Claims
**PO Box 2555**                         ■ Part 2: Creditors with Nonpriority Unsecured Claims
**Grand Island, NE 68801**

Last 4 digits of account number _____

Name and Address                        On which entry in Part 1 or Part 2 did you list the original creditor?
**Ashely Trucking, LLC**                Line **4.3** of (Check one:)
**7820 Chubb Road**                     ☐ Part 1: Creditors with Priority Unsecured Claims
**Northville, MI 48168**                ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

Name and Address                        On which entry in Part 1 or Part 2 did you list the original creditor?
**Ashley Trucking Inc.**                Line **4.31** of (Check one:)
                                        ☐ Part 1: Creditors with Priority Unsecured Claims

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 28 of 30

Debtor 1  **Victoria B. Scott**

Case number (if known) _____

**23700 Pemberville Rd.**
**Perrysburg, OH 43551**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Internal Revenue Service**<br>**Insolvency Group 6**<br>**1240 East Ninth Street, Room 493**<br>**Cleveland, OH 44199** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Mannarino Law PLLC**<br>**Angela Mannarino**<br>**37637 Five Mile Road #294**<br>**Livonia, MI 48154** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**North Mill Equipment Finance**<br>**601 Merritt 7 #5**<br>**Norwalk, CT 06851** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.65** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Peter Katz**<br>**116 Village Blvd**<br>**2nd Floor**<br>**Princeton, NJ 08540** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Quick Bridge Funding**<br>**410 Exchange, Suite 150**<br>**Irvine, CA 92602** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Sullivan & Leavitt, P.C.**<br>**Michael J. Leavitt**<br>**22375 Haggerty Rd.**<br>**Novi, MI 48375** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**Tracy Thomas**<br>**538 N. Mill Street**<br>**Plymouth, MI 48170** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |
| Name and Address<br>**United States Small Business**<br>**Admin.**<br>**1350 Euclid Avenue, Suite 211**<br>**Cleveland, OH 44115** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.50** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

**Part 4:**  **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 1,143.21 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 29 of 30

Debtor 1  **Victoria B. Scott**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ _____ **1,143.21** |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ _____ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ _____ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ _____ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ _____ **2,853,904.24** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ _____ **2,853,904.24** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Victoria B. Scott** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases             12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City           State      ZIP Code | |
| 2.2 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City           State      ZIP Code | |
| 2.3 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City           State      ZIP Code | |
| 2.4 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City           State      ZIP Code | |
| 2.5 _____<br>Name<br><br>_____<br>Number      Street<br><br>_____<br>City           State      ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Victoria B. Scott** |
| | First Name　　　　Middle Name　　　　Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name　　　　Middle Name　　　　Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.69**___<br>☐ Schedule G _____<br>**Trans Lease, Inc.** |
| 3.2 | **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.74**___<br>☐ Schedule G _____<br>**VSP Vision Insurance** |
| 3.3 | **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.72**___<br>☐ Schedule G _____<br>**Universal Finance Corp.** |

25-31090-jpg　　Doc 1　　FILED 05/23/25　　ENTERED 05/23/25 14:11:41　　Page 61 of 106

Debtor 1    **Victoria B. Scott**                                            Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4    **Ashely Trucking, LLC**
     **P.O. Box 421**
     **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.50__
☐ Schedule G _____
**Pamela Lewis**

---

3.5    **Ashely Trucking, LLC**
     **P.O. Box 421**
     **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.56__
☐ Schedule G _____
**PRM Trucking**

---

3.6    **Ashely Trucking, LLC**
     **P.O. Box 421**
     **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __2.1__
☐ Schedule G _____
**Internal Revenue Service**

---

3.7    **Ashely Trucking, LLC**
     **P.O. Box 421**
     **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
**U.S. Small Business Administration**

---

3.8    **Ashely Trucking, LLC**
     **P.O. Box 421**
     **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**First Class Logistics LLC**

---

3.9    **Ashely Trucking, LLC**
     **P.O. Box 421**
     **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.47__
☐ Schedule G _____
**NYS Transport**

---

3.10   **Ashely Trucking, LLC**
     **P.O. Box 421**
     **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.1__
☐ Schedule G _____
**Abe Transport LLC**

---

3.11   **Ashely Trucking, LLC**
     **P.O. Box 421**
     **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.2__
☐ Schedule G _____
**Acuity Insurance**

---

Official Form 106H                    Schedule H: Your Codebtors

Debtor 1   **Victoria B. Scott**                                    Case number *(if known)* _____

▬▬▬   **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12   **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Auto Owners Insurance** |
| 3.13   **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Cloud Vara** |
| 3.14   **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Dan's Excavating** |
| 3.15   **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Davis Freightliner** |
| 3.16   **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Fox & Fox Holdings** |
| 3.17   **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Kustra Law PLLC** |
| 3.18   **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.2__<br>☐ Schedule G _____<br>**Michigan Dept of Treasury** |
| 3.19   **Ashely Trucking, LLC**<br>**P.O. Box 421**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**James D. Noble** |

| Debtor 1 | Victoria B. Scott | Case number *(if known)* |
|----------|-------------------|--------------------------|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|------------------------------|------------------------------------------------------------------------------------------|

3.20 **Ashely Trucking, LLC**
**P.O. Box 421**
**Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.45__
☐ Schedule G _____
**North Mill Equipment Finance**

---

3.21 **Ashely Trucking, LLC**
**P.O. Box 421**
**Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.46__
☐ Schedule G _____
**Nuvision Transportation, LLC**

---

3.22 **Ashely Trucking, LLC**
**P.O. Box 421**
**Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.54__
☐ Schedule G _____
**Premier Tax**

---

3.23 **Ashely Trucking, LLC**
**P.O. Box 421**
**Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.55__
☐ Schedule G _____
**Presidential Construction**

---

3.24 **Ashely Trucking, LLC**
**P.O. Box 421**
**Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.61__
☐ Schedule G _____
**Spectrum Business**

---

3.25 **Ashely Trucking, LLC**
**P.O. Box 421**
**Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**Sullivan & Leavitt**

---

3.26 **Ashely Trucking, LLC**
**P.O. Box 421**
**Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.64__
☐ Schedule G _____
**T&M Asphalt Paving, Inc.**

---

3.27 **Ashely Trucking, LLC**
**P.O. Box 421**
**Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line __4.16__
☐ Schedule G _____
**Data Service Center, Inc.**

---

Debtor 1 **Victoria B. Scott**  Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.28 **Ashely Trucking, LLC** **P.O. Box 421** **Lemoyne, OH 43441** **Victoria B. Scott 28%** **James D. Noble 28%** **Michael Runions 20%** **Fox & Fox Holdings, LLC 24%** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.29__ ☐ Schedule G _____ **Humphrey Transportation Compliance,** |
| 3.29 **Fox & Fox Holdings** **813 Balfour** **Grosse Pointe, MI 48230** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.52__ ☐ Schedule G _____ **PNC Bank Card Services** |
| 3.30 **Fox & Fox Holdings** **813 Balfour** **Grosse Pointe, MI 48230** **(Eric R. Fox and Jaclyn J. Fox)** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.65__ ☐ Schedule G _____ **Taycor Financial** |
| 3.31 **Fox & Fox Holdings** **813 Balfour** **Grosse Pointe, MI 48230** **(Eric R. Fox and Jaclyn J. Fox)** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.35__ ☐ Schedule G _____ **KeyBank N.A.** |
| 3.32 **Fox & Fox Holdings** **813 Balfour** **Grosse Pointe, MI 48230** **(Eric R. Fox and Jaclyn J. Fox)** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.66__ ☐ Schedule G _____ **Taycor Financial** |
| 3.33 **Fox & Fox Holdings** **813 Balfour** **Grosse Pointe, MI 48230** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.48__ ☐ Schedule G _____ **NYS Transport** |
| 3.34 **Fox & Fox Holdings** **813 Balfour** **Grosse Pointe, MI 48230** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.42__ ☐ Schedule G _____ **Michael Runions** |
| 3.35 **James D. Noble** **7342 E Brook Dr.** **Ypsilanti, MI 48197** **noblejames18@gmail.com** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.24__ ☐ Schedule G _____ **G and G Funding Group, LLC** |

Debtor 1 __Victoria B. Scott__                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36 **James D. Noble**
**7342 E Brook Dr.**
**Ypsilanti, MI 48197**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.38___
☐ Schedule G _____
**Liquidity Access LLC**

---

3.37 **James D. Noble**
**7342 E Brook Dr.**
**Ypsilanti, MI 48197**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.59___
☐ Schedule G _____
**Reliance Financial**

---

3.38 **James D. Noble**
**7342 E Brook Dr.**
**Ypsilanti, MI 48197**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**FYM Capital LLC**

---

3.39 **James D. Noble**
**7342 E Brook Dr.**
**Ypsilanti, MI 48197**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.49___
☐ Schedule G _____
**PAC Western Financial LLC**

---

3.40 **James D. Noble**
**7342 E Brook Dr.**
**Ypsilanti, MI 48197**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.43___
☐ Schedule G _____
**Mitsubishi HC Capital America, Inc.**

---

3.41 **James D. Noble**
**7342 E Brook Dr.**
**Ypsilanti, MI 48197**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.68___
☐ Schedule G _____
**TF Group, Inc. dbaTaycorFinancial**

---

3.42 **James D. Noble**
**7342 E Brook Dr.**
**Ypsilanti, MI 48197**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.69___
☐ Schedule G _____
**Trans Lease, Inc.**

---

3.43 **James D. Noble**
**7342 E Brook Dr.**
**Ypsilanti, MI 48197**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.76___
☐ Schedule G _____
**Westfield Insurance**

---

Debtor 1 __Victoria B. Scott__     Case number *(if known)* _____

**■ Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.53__<br>☐ Schedule G ____<br>**PNC Bank, NA** |
| 3.45 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G ____<br>**KeyBank N.A.** |
| 3.46 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G ____<br>**Lambrix Transport LLC** |
| 3.47 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G ____<br>**Abe Transport LLC** |
| 3.48 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G ____<br>**Acuity Insurance** |
| 3.49 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G ____<br>**Auto Owners Insurance** |
| 3.50 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G ____<br>**Cloud Vara** |
| 3.51 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G ____<br>**Dan's Excavating** |

Debtor 1   **Victoria B. Scott** _____     Case number _(if known)_ _____

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**Davis Freightliner** |
| 3.53 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.21**__<br>☐ Schedule G _____<br>**Fox & Fox Holdings** |
| 3.54 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.36**__<br>☐ Schedule G _____<br>**Kustra Law PLLC** |
| 3.55 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**2.2**__<br>☐ Schedule G _____<br>**Michigan Dept of Treasury** |
| 3.56 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.45**__<br>☐ Schedule G _____<br>**North Mill Equipment Finance** |
| 3.57 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.46**__<br>☐ Schedule G _____<br>**Nuvision Transportation, LLC** |
| 3.58 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.54**__<br>☐ Schedule G _____<br>**Premier Tax** |
| 3.59 **James D. Noble**<br>**7342 E Brook Dr.**<br>**Ypsilanti, MI 48197** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __**4.55**__<br>☐ Schedule G _____<br>**Presidential Construction** |

Debtor 1  **Victoria B. Scott** _____  Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60 **James D. Noble**<br>7342 E Brook Dr.<br>Ypsilanti, MI 48197 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G<br>**Spectrum Business** |
| 3.61 **James D. Noble**<br>7342 E Brook Dr.<br>Ypsilanti, MI 48197 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G<br>**Sullivan & Leavitt** |
| 3.62 **James D. Noble**<br>7342 E Brook Dr.<br>Ypsilanti, MI 48197 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G<br>**T&M Asphalt Paving, Inc.** |
| 3.63 **James D. Noble**<br>7342 E Brook Dr.<br>Ypsilanti, MI 48197 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.72__<br>☐ Schedule G<br>**Universal Finance Corp.** |
| 3.64 **James D. Noble**<br>7342 E Brook Dr.<br>Ypsilanti, MI 48197 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.57__<br>☐ Schedule G<br>**Quick Bridge Funding, LLC** |
| 3.65 **James D. Noble**<br>7342 E Brook Dr.<br>Ypsilanti, MI 48197 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G<br>**Forward Financing LLC** |
| 3.66 **Michael Rumions**<br>16807 Beech Daly Road<br>Taylor, MI 48180 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G<br>**KeyBank N.A.** |
| 3.67 **NYS Transport LLC**<br>P.O. Box 386<br>Lemoyne, OH 43441<br>Victoria B. Scott 50%<br>James D. Noble 50% | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G<br>**TF Group, Inc. dbaTaycor Financial** |

Debtor 1   **Victoria B. Scott**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68 **NYS Transport LLC**<br>P.O. Box 386<br>Lemoyne, OH 43441 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**Stearns Bank, N.A.** |
| 3.69 **NYS Transport LLC**<br>P.O. Box 386<br>Lemoyne, OH 43441 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**G and G Funding Group, LLC** |
| 3.70 **NYS Transport LLC**<br>P.O. Box 386<br>Lemoyne, OH 43441 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**Liquidity Access LLC** |
| 3.71 **NYS Transport LLC**<br>P.O. Box 386<br>Lemoyne, OH 43441 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Reliance Financial** |
| 3.72 **NYS Transport LLC**<br>P.O. Box 386<br>Lemoyne, OH 43441 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**FYM Capital LLC** |
| 3.73 **NYS Transport LLC**<br>P.O. Box 386<br>Lemoyne, OH 43441 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**PAC Western Financial LLC** |
| 3.74 **NYS Transport LLC**<br>P.O. Box 386<br>Lemoyne, OH 43441 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**Mitsubishi HC Capital America, Inc.** |
| 3.75 **NYS Transport LLC**<br>P.O. Box 386<br>Lemoyne, OH 43441 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**TF Group, Inc. dbaTaycorFinancial** |

Debtor 1 __Victoria B. Scott__                                                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.69___
☐ Schedule G _____
**Trans Lease, Inc.**

3.77  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.51___
☐ Schedule G _____
**PNC Bank Card Services**

3.78  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.11___
☐ Schedule G _____
**Bush & Son Grading & Excavating Inc**

3.79  **NYS Transport LLC**
      **PO Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.76___
☐ Schedule G _____
**Westfield Insurance**

3.80  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
**Ashley Trucking Inc.**

3.81  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.35___
☐ Schedule G _____
**KeyBank N.A.**

3.82  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.53___
☐ Schedule G _____
**PNC Bank, NA**

3.83  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.60___
☐ Schedule G _____
**Rowe Trucking**

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)*

---

| ███ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.84 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**ANF Trans Inc.** |

| 3.85 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Ashley Trucking Inc.** |

| 3.86 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**BCJ Trucking** |

| 3.87 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Builders Exchange of Lansing** |

| 3.88 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**C&E Excavating** |

| 3.89 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**Delta Freight LLC** |

| 3.90 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**Gemini Systems** |

| 3.91 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Gusto** |

---

Debtor 1  **Victoria B. Scott**                                     Case number *(if known)* _____

▮       **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.92  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.27___
☐ Schedule G _____
**Hammer Trucking**

---

3.93  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**Ida L. Enerprise LLC**

---

3.94  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Ingram's Trucking**

---

3.95  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
**Lambrix Transport LLC**

---

3.96  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.39___
☐ Schedule G _____
**Louis Transport**

---

3.97  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.40___
☐ Schedule G _____
**MAC Trucking**

---

3.98  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.44___
☐ Schedule G _____
**Nicos Trucking**

---

3.99  **NYS Transport LLC**
      **P.O. Box 386**
      **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.70___
☐ Schedule G _____
**Two Jays Trucking**

---

Debtor 1 __Victoria B. Scott_____  Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>0 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.73___<br>☐ Schedule G _____<br>**Valley Transport** |
| 3.10<br>1 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1___<br>☐ Schedule G _____<br>**Abe Transport LLC** |
| 3.10<br>2 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2___<br>☐ Schedule G _____<br>**Acuity Insurance** |
| 3.10<br>3 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7___<br>☐ Schedule G _____<br>**Auto Owners Insurance** |
| 3.10<br>4 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14___<br>☐ Schedule G _____<br>**Cloud Vara** |
| 3.10<br>5 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15___<br>☐ Schedule G _____<br>**Dan's Excavating** |
| 3.10<br>6 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17___<br>☐ Schedule G _____<br>**Davis Freightliner** |
| 3.10<br>7 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21___<br>☐ Schedule G _____<br>**Fox & Fox Holdings** |

Debtor 1  **Victoria B. Scott** _____    Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>8 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Kustra Law PLLC** |
| 3.10<br>9 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __2.2__<br>☐ Schedule G _____<br>**Michigan Dept of Treasury** |
| 3.11<br>0 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**James D. Noble** |
| 3.11<br>1 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**North Mill Equipment Finance** |
| 3.11<br>2 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Nuvision Transportation, LLC** |
| 3.11<br>3 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**Premier Tax** |
| 3.11<br>4 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.55__<br>☐ Schedule G _____<br>**Presidential Construction** |
| 3.11<br>5 | **NYS Transport LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**Sullivan & Leavitt** |

Debtor 1 **Victoria B. Scott**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.11 6   **NYS Transport LLC**
        **P.O. Box 386**
        **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.64__
☐ Schedule G _____
**T&M Asphalt Paving, Inc.**

---

3.11 7   **NYS Transport LLC**
        **P.O. Box 386**
        **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.72__
☐ Schedule G _____
**Universal Finance Corp.**

---

3.11 8   **NYS Transport LLC**
        **P.O. Box 386**
        **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.57__
☐ Schedule G _____
**Quick Bridge Funding, LLC**

---

3.11 9   **NYS Transport LLC**
        **P.O. Box 386**
        **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.20__
☐ Schedule G _____
**Forward Financing LLC**

---

3.12 0   **Rabbit Services LLC**
        **P.O. Box 386**
        **Lemoyne, OH 43441**
        **Victoria B. Scott 28%**
        **James D. Noble 28%**
        **Michael Runions 20%**
        **Fox & Fox Holdings, LLC 24%**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.28__
☐ Schedule G _____
**Humphrey Transportation Compliance,**

---

3.12 1   **Rabbit Services LLC**
        **P.O. Box 386**
        **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.35__
☐ Schedule G _____
**KeyBank N.A.**

---

3.12 2   **Rabbit Services LLC**
        **P.O. Box 386**
        **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.48__
☐ Schedule G _____
**NYS Transport**

---

3.12 3   **Rabbit Services LLC**
        **P.O. Box 386**
        **Lemoyne, OH 43441**

☐ Schedule D, line _____
■ Schedule E/F, line  __4.1__
☐ Schedule G _____
**Abe Transport LLC**

---

Debtor 1 __Victoria B. Scott__   Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.12 4 **Rabbit Services LLC** **P.O. Box 386** **Lemoyne, OH 43441** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.2__ ☐ Schedule G _____ **Acuity Insurance** |
| 3.12 5 **Rabbit Services LLC** **P.O. Box 386** **Lemoyne, OH 43441** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.7__ ☐ Schedule G _____ **Auto Owners Insurance** |
| 3.12 6 **Rabbit Services LLC** **P.O. Box 386** **Lemoyne, OH 43441** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.14__ ☐ Schedule G _____ **Cloud Vara** |
| 3.12 7 **Rabbit Services LLC** **P.O. Box 386** **Lemoyne, OH 43441** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.15__ ☐ Schedule G _____ **Dan's Excavating** |
| 3.12 8 **Rabbit Services LLC** **P.O. Box 386** **Lemoyne, OH 43441** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.17__ ☐ Schedule G _____ **Davis Freightliner** |
| 3.12 9 **Rabbit Services LLC** **P.O. Box 386** **Lemoyne, OH 43441** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.21__ ☐ Schedule G _____ **Fox & Fox Holdings** |
| 3.13 0 **Rabbit Services LLC** **P.O. Box 386** **Lemoyne, OH 43441** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.36__ ☐ Schedule G _____ **Kustra Law PLLC** |
| 3.13 1 **Rabbit Services LLC** **P.O. Box 386** **Lemoyne, OH 43441** | ☐ Schedule D, line _____ ☑ Schedule E/F, line __2.2__ ☐ Schedule G _____ **Michigan Dept of Treasury** |

Debtor 1  **Victoria B. Scott**                                          Case number *(if known)* _____

███  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.13<br>2  **Rabbit Services LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.34**___<br>☐ Schedule G _____<br>**James D. Noble**

---

3.13<br>3  **Rabbit Services LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.45**___<br>☐ Schedule G _____<br>**North Mill Equipment Finance**

---

3.13<br>4  **Rabbit Services LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.46**___<br>☐ Schedule G _____<br>**Nuvision Transportation, LLC**

---

3.13<br>5  **Rabbit Services LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.54**___<br>☐ Schedule G _____<br>**Premier Tax**

---

3.13<br>6  **Rabbit Services LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.55**___<br>☐ Schedule G _____<br>**Presidential Construction**

---

3.13<br>7  **Rabbit Services LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.63**___<br>☐ Schedule G _____<br>**Sullivan & Leavitt**

---

3.13<br>8  **Rabbit Services LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.64**___<br>☐ Schedule G _____<br>**T&M Asphalt Paving, Inc.**

---

3.13<br>9  **Rabbit Services LLC**<br>**P.O. Box 386**<br>**Lemoyne, OH 43441**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.42**___<br>☐ Schedule G _____<br>**Michael Runions**

---

5/23/25 2:01PM

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.14 0    **Rabbit Services LLC** **P.O. Box 386** **Lemoyne, OH 43441** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.22__ ☐ Schedule G _____ **Fox & Fox Holdings** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Victoria B. Scott** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| | Occupation | **Accountant** | **Maintenance** |
| | Employer's name | **Revive One LLC** | **Kingston Residence of Perrysburg** |
| | Employer's address | **5439 Lewis Ave.**<br>**Toledo, OH 43612** | **333 E Boundary**<br>**Perrysburg, OH 43551** |
| | How long employed there? | **8** | **20 years** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,000.00 | $ 1,018.33 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 2,000.00 | $ 1,018.33 |

Debtor 1    **Victoria B. Scott**         Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ........................................... | 4. | $   **2,000.00** | $   **1,018.33** |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $   **0.00** | $   **118.65** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $   **0.00** | $   **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $   **0.00** | $   **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $   **0.00** | $   **0.00** |
| 5e. | **Insurance** | 5e. | $   **0.00** | $   **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $   **0.00** | $   **0.00** |
| 5g. | **Union dues** | 5g. | $   **0.00** | $   **0.00** |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $   **0.00** + | $   **0.00** |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $   **0.00** | $   **118.65** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $   **2,000.00** | $   **899.68** |

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $   **0.00** | $   **0.00** |
| 8b. | **Interest and dividends** | 8b. | $   **0.00** | $   **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $   **0.00** | $   **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $   **0.00** | $   **0.00** |
| 8e. | **Social Security** | 8e. | $   **2,318.00** | $   **1,101.30** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $   **0.00** | $   **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $   **0.00** | $   **4,110.33** |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $   **0.00** + | $   **0.00** |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $   **2,318.00** | $   **5,211.63** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **4,318.00** + | $ **6,111.31** = | $ **10,429.31** |

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____      11. +$   **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies      12.   $   **10,429.31**

            **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

   ■ No.

   ☐ Yes. Explain:   | Totals for Social Security and Retirement Income are after deductions for taxes and medicare |

Fill in this information to identify your case:

Debtor 1 **Victoria B. Scott**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OHIO

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
     ☐ No
     ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ■ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ☐ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.

   4. $ _____ 550.00

   **If not included in line 4:**

   4a. Real estate taxes          4a. $ _____ 297.15
   4b. Property, homeowner's, or renter's insurance   4b. $ _____ 91.67
   4c. Home maintenance, repair, and upkeep expenses   4c. $ _____ 200.00
   4d. Homeowner's association or condominium dues    4d. $ _____ 0.00

5. **Additional mortgage payments for your residence,** such as home equity loans   5. $ _____ 265.00

Debtor 1   **Victoria B. Scott**                              Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **465.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **0.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **145.00** |
| | 6d. | Other. Specify:   **Internet** | 6d. $ | **65.00** |
| | | **Trash Pickup** | $ | **46.00** |
| | | **Dish** | $ | **185.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **1,000.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **100.00** |
| 10. | **Personal care products and services** | | 10. $ | **200.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **750.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | **600.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **200.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **100.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **120.00** |
| | 15b. | Health insurance | 15b. $ | **450.00** |
| | 15c. | Vehicle insurance | 15c. $ | **225.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **345.83** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify: | 17c. $ | **0.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| | | |
|---|---|---|
| 22. | **Calculate your monthly expenses** | |
| | 22a. Add lines 4 through 21. | $ **6,400.65** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ **6,400.65** |

| | | |
|---|---|---|
| 23. | **Calculate your monthly net income.** | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ **10,429.31** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ **6,400.65** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ **4,028.66** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.   Explain here: **No longer receiving income from operation of businesses NYS or Ashley Trucking (never took an income from Rabbit Services)**

**Fill in this information to identify your case:**

Debtor 1    **Victoria B. Scott**
　　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2
(Spouse if, filing)　First Name　　　　　Middle Name　　　　　Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number
(if known)

☐ Check if this is an
　 amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Victoria B. Scott**　　　　　　　　X _____
　**Victoria B. Scott**　　　　　　　　　　　Signature of Debtor 2
　Signature of Debtor 1

Date **May 21, 2025**　　　　　　　　　　Date _____

Official Form 106Dec　　　　　　**Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Victoria B. Scott** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy       04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $15,867.07 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ■ Wages, commissions, bonuses, tips | $79,073.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ■ Wages, commissions, bonuses, tips | $88,079.53 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

**5.   Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security Benefits** | $14,100.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | **Social Security Benefits** | $33,025.20 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | **Social Security Benefits** | $31,392.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.   Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■   No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

■   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐   Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐   No.   Go to line 7.
☐   Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1   **Victoria B. Scott**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| **Son** | **1-2-25** | **$4,200.00** | **$0.00** | **Purchase of Vehicle for son.**<br>**From joint account with husband** |
| **Husband** | **12-9-2024** | **$10,012.46** | **$0.00** | **Payoff of husband's truck.**<br>**(paid from joint account with husband).** |
| **Husband** | **12-15-2024** | **$20,000.00** | **$18,974.15** | **Down payment on 2025 Kia Sportage (VIN ending 8055)**<br>**From Joint Account with Husband.**<br>**Creditor: Halleen Kia of Sandusy** |

**Part 4:**   **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Pamela Lewis v. Victoria Scott, et al** | **Breach of membership purchase agreement** | **Washtenaw Circuit Court**<br>**101 E Huron**<br>**Ann Arbor, MI 48104** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Reliance Financial v. NYS Trransport, et al**<br>**504646/2025** | **Collection** | **Supreme Court of State of New York**<br>**County of Kings** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1 **Victoria B. Scott**

Case number (*if known*) _____

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **G&G Funding Group v. NYS Transport, et al E2024080869** | **Collection** | **Supreme Court of the State of New Yoirk Monroe County 99 Exchange Blvd # 545 Rochester, NY 14614** | ■ Pending ☐ On appeal ☐ Concluded |
| **Forward Financing v. NYS Transport LLC, et al 2025CV0193** | **Complaint to Confirm Arbitration Award** | **Wood County Court of Common Pleas One Courthouse Square Bowling Green, OH 43402** | ■ Pending ☐ On appeal ☐ Concluded |
| **Quick Bridge Funding, LLC v. NYS Transport, et al 30-2025-01472469** | **Collection** | **Superior Court of California, Orange Co 8141 13th Street Westminster, CA 92683** | ■ Pending ☐ On appeal ☐ Concluded |
| **Universal Finance Corp v. NYS Transport, LLC, et al. 25-000664** | **Collection** | **Washentaw County Circuit Court 101 E Huron St Allen Park, MI 48101** | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

☐ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

**Part 5:** List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Jason Scott 615 N Decant Oregon, OH 43616** | **Christmas Gifts** | **12/25/2024** | **$2,000.00** |

Person's relationship to you: **Son**

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)*

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    - ■ No
    - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
|  |  |  |  |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    - ■ No
    - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Diller & Rice LLC 124 E. Main St. Van Wert, OH 45891 |  |  | $10,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.
    - ■ No
    - ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
|  |  |  |  |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.
    - ☐ No
    - ■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
|  |  |  |  |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Victoria B. Scott**                                    Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Steven and Kimberly Justinger**<br>**6055 Grainfield Drive**<br>**Sylvania, OH 43560**<br><br>**None** | **125 Lakeside Drive**<br>**Quincy Michigan**<br>**co-owned by Debtor with her husband** | **Sale Price: $685.000**<br>**Payoff of First Mortgage to Premier Bank:**<br>**$308,022.41**<br>**Net proceeds realized from sale: 321,988.09**<br>**Debtor's 1/2 share:**<br>**$160,994.04** | **8-27-2024** |
| **Perrysburg Flooring**<br>**9250 Old U.S Highway 20**<br>**Rossford, OH 43460**<br><br>**None** | **$5,138.11 (From Joint Account with Husband).** | **Purchase and installation of carpeting for home.** | **1-2-25** |
| **Buckaooters LLC**<br>**16199 Porter Road**<br>**Weston, OH 43569**<br><br>**None** | **$15325 (from joint account with husband)**<br>**Bathroom Remodel** | **Bathroom remodel.** | **12-17-24** |
| **Toledo Door and Window**<br>**5153 Secor Road**<br>**Toledo, OH 43623**<br><br>**None** | **$12,200.00.**<br>**From Joint account with husband** | **New Doors for home** | **2-3-25** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

   ■ No
   ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
   Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

   ☐ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ☐ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
|  |  |  |  |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  |  |

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
|  |  |  |  |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No
   ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
|  |  |  |  |

**Part 11:**    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

2:01PM

5/23/25 2:01PM

Debtor 1    **Victoria B. Scott** _____    Case number *(if known)* _____

    ☐ **A partner in a partnership**

    ☐ **An officer, director, or managing executive of a corporation**

    ☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **NYS Transport LLC<br>7342 E. Brook Dr.<br>Ypsilanti, MI 48197** | **Trucking**<br><br>**Gina R Konczal<br>1090 W S Boundary St Ste 350<br>Perrysburg OH 43551** | **EIN:**    **87-3846734**<br><br>**From-To**  **12/06/2021 to present** |
| **Rabbit Services, LLC<br>7342 E Brook Dr.<br>Ypsilanti, MI 48197** | **Aggregate Trucking Co.**<br><br>**Gina R Konczal<br>1090 W S Boundary St Ste 350<br>Perrysburg OH 43551** | **EIN:**    **92-3066915**<br><br>**From-To**  **3/22/23-present** |
| **Ashley Trucking Inc.<br>23700 Pemberville Rd.<br>Perrysburg, OH 43551** | **Aggregate Trucking**<br><br>**Gina R Konczal<br>1090 W S Boundary St Ste 350<br>Perrysburg OH 43551** | **EIN:**    **26-1347667**<br><br>**From-To**  **6/10/2024-present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ■ **No**
    ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:**　**Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Victoria B. Scott** _____    _____

**Victoria B. Scott**    **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **May 21, 2025** _____    Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Chapter 12: Repayment plan for family farmers or fishermen**

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

**Chapter 13: Repayment plan for individuals with regular income**

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Ohio

In re __Victoria B. Scott__                                      Case No. _____

Debtor(s)                                    Chapter __11__

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ......................................... $ _____10,000.00

Prior to the filing of this statement I have received .......................... $ _____10,000.00

Balance Due ........................................................................................ $ _____0.00

2. The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__May 21, 2025__

_Date_

/s/ Eric R. Neuman
**Eric R. Neuman**
_Signature of Attorney_
**Diller and Rice, LLC**
**1107 Adams St.**
**Toledo, OH 43624**
**419-244-8500  Fax: 419-244-8538**
**eric@drlawllc.com**
_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Ohio

In re   **Victoria B. Scott**                                                      Case No.

                                                        Debtor(s)      Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May 21, 2025**                            **/s/ Victoria B. Scott**

                                               **Victoria B. Scott**
                                               Signature of Debtor

Abe Transport LLC
1125 Clark St.
Detroit, MI 48209


Acuity Insurance
PO Box 718
Sheboygan, WI 53082


Amur Equipment Finance, Inc.
304 W. 3rd St.
PO Box 2555
Grand Island, NE 68801


ANF Trans Inc.
5242 Argyle St.
Dearborn, MI 48126


Ashely Trucking, LLC
P.O. Box 421
Lemoyne, OH 43441


Ashley Trucking Inc.
23700 Pemberville Rd.
Perrysburg, OH 43551


Auto Owners Insurance
 P.O. Box 740312
Cincinnati, OH 45274-0312


Bank of America
Attn: Bankruptcy Department
PO Box 15168
Wilmington, DE 19850-5168


BCJ Trucking
6448 Asbury Park
Detroit, MI 48228


Builders Exchange of Lansing
1240 East Saginaw St.
Lansing, MI 48906


Bush & Son Grading & Excavating Inc
38735 Willow Rd
New Boston, MI 48164

C&E Excavating
53767 CR 9
Elkhart, IN 46514


Capital One
PO Box 60599
City of Industry, CA 91716


Cloud Vara
2111 S. St.
Omaha, NE 68106


Dan's Excavating
12955 23 Mile Road
Utica, MI 48315


Data Service Center, Inc.
PO Box 2540
Toledo, OH 43606


Davis Freightliner
 4177 Harvard
Detroit, MI 48224


Delta Freight LLC
13550Sanders St.
Detroit, MI 48217


First Class Logistics LLC
9140 Arrowpoint Blvd, Suite 370
Charlotte, NC 28273


Forward Financing LLC
c/o Markoff Law LLC
4229 Bardstown Road
Suite 220
Louisville, KY 40218


Fox & Fox Holdings
813 Balfour
Grosse Pointe, MI 48230


FYM Capital LLC
90 State St.
Albany, NY 12207

G and G Funding Group, LLC
57 West 57th St., 4th Floor
New York, NY 10019


Gemini Systems
PO Box 81850
Rochester, MI 48308-1850


Gusto
525 20th Street
San Francisco, CA 94107


Hammer Trucking
9750 W. Michigan Ave.
South Rockwood, MI 48179


Humphrey Transportation Compliance,
PO Box 482
Holland, OH 43528


Huntington Bank
P.O. Box 1558
Columbus, OH 43272


Ida L. Enerprise LLC
8149 Appotine
Detroit, MI 48228


Ingram's Trucking
One Heritage Place
Suite 230
Southgate, MI 48195


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114


Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, OH 44199


James D. Noble
7241 Belle Meade St.
Ypsilanti, MI 48197

James D. Noble
7342 E Brook Dr.
Ypsilanti, MI 48197


KeyBank N.A.
MI-CBB-Brighton Towne Square
8199 Challis Rd
Brighton, MI 48116


Kustra Law PLLC
21002 Mack Avenue
Grosse Pointe, MI 48236


Lambrix Transport LLC
10953 Exeter Rd.
Carleton, MI 48117


Liquidity Access LLC
25 Melville Park Rd., Suite 60
Melville, NY 11747


Louis Transport
24720 Tioga
Southfield, MI 48033


MAC Trucking
6885 Plainview Ave.
Detroit, MI 48228


Mannarino Law PLLC
Angela Mannarino
37637 Five Mile Road #294
Livonia, MI 48154


Maumee Geeks
1545 Holland Rd. Suite E
Maumee, OH 43537


Michael Rumions
16807 Beech Daly Road
Taylor, MI 48180


Michael Runions
16807 Beech Daly Rd 120
Taylor, MI 48180

Michigan Dept of Treasury
P.O. Box 30427
Lansing, MI 48909


Mitsubishi HC Capital America, Inc.
One Pierce Place, Suite 1100
Itasca, IL 60143-0128


Nicos Trucking
1590 Hubbard St.
Detroit, MI 48209


North Mill Equipment Finance
601 Merritt 7 #5
Norwalk, CT 06851


Nuvision Transportation, LLC
16131 Hartwell St
Detroit, MI 48235


NYS Transport LLC
PO Box 386
Lemoyne, OH 43441


Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216-0530


PAC Western Financial LLC
222 S Main St., 5th Floor
Salt Lake City, UT 84101


Pamela Lewis
8273 Easton Drive
Northville, MI 48167


Peter Katz
116 Village Blvd
2nd Floor
Princeton, NJ 08540

PNC Bank Card Services
PO Box 5580
Bankrupcty Dept.
Cleveland, OH 44101


PNC Bank, NA
2730 Liberty Avenue
Pittsburgh, PA 15222


Premier Bank
PO Box 248
Defiance, OH 43512


Premier Tax
1090 W. South Boundary St.
Suite 350
Perrysburg, OH 43551


Presidential Construction
16671 Eastburn
Detroit, MI 48205


PRM Trucking
PO Box 456
White Pigeon, MI 49099


Quick Bridge Funding
410 Exchange, Suite 150
Irvine, CA 92602


Quick Bridge Funding, LLC
46 Discovery
Suite 200
Irvine, CA 92618


Rabbit Services LLC
P.O. Box 386
Lemoyne, OH 43441


Reliance Financial
633 167th St., Suite 804
Miami, FL 33162

Rowe Trucking
c/o Ronald Rich
30665 Northwestern Hwy
Farmington, MI 48334


Spectrum Business
Charter Communications
PO Box 94188
Palatine, IL 60094-4188


Stearns Bank, N.A.
500 13th St.
PO Box 750
Albany, MN 56307


Sullivan & Leavitt
P.O. Box 5490
Northville, MI 48167


Sullivan & Leavitt, P.C.
Michael J. Leavitt
22375 Haggerty Rd.
Novi, MI 48375


T&M Asphalt Paving, Inc.
4755 Old Plank Road
Milford, MI 48381


Taycor Financial
30 Executive Park
Irvine, CA 92614


TF Group, Inc. dbaTaycor Financial
100 N PCH, 15th Floor
El Segundo, CA 90245


Tracy Thomas
538 N. Mill Street
Plymouth, MI 48170


Trans Lease, Inc.
1400 W 62nd Ave
Denver, CO 80221

Two Jays Trucking
11086 Gratiot
Detroit, MI 48213


U.S. Small Business Administration
District Counsel
1350 Euclid Avenue, Suite 211
Cleveland, OH 44115


United States Small Business Admin.
1350 Euclid Avenue, Suite 211
Cleveland, OH 44115


Universal Finance Corp.
6 Kimball Lane, Suite 320
Lynnfield, MA 01940


Valley Transport
23843 Koszuta
Flat Rock, MI 48134


VSP Vision Insurance
PO Box 742788
Los Angeles, CA 90074-2788


Wells Fargo
P.O Box 10347
Des Moines, IA 50306


Westfield Insurance
1 Park Cir
Westfield Center, OH 44251